





Retail

U.S. POSTAGE PAID
FCPIS
WASHINGTON, DC 20210
FEB 08, 2024

00181

$0.00

R2305K139111-16

**REGISTERED MAIL**™

RF 752 975 188 US

Label 200, August 2005    PSN 7690-03-000-9311

RETURN RECEIPT REQUESTED

REGISTRY SECTION
FEB 15 2024
CURSEEN-MORRIS P&DC FACILITY 20066

REGISTRY SECTION
FEB 09 2024
CURSEEN-MORRIS P&DC FACILITY

IRAN

RH003926765US

This item may be opened officially

Do not duplicate this form without USPS approval

**US DISTRICT COURT – DC**
**CLERK OF COURT, CLERK'S OFFICE, RM 1225**
**333 CONSTITUTION AVENUE, NW**
**WASHINGTON, DC 20001-2802**

The Islamic Republic of Iran
Attn: Foreign Minister Hossein Amir-Abdollahian
Ministry of Foreign Affairs
Khomeini Avenue
United Nations Street
Tehran, Iran





| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) | Letter (Lettre) | Printed Matter (Imprimé) | Other (Autre) | Express Mail International |
|---|---|---|---|---|---|

Insured Parcel (Colis avec valeur déclarée)   Insured Value (Valeur déclarée)   Article Number RH003926765US

Office of Mailing (Bureau de dépôt): ISLAMIC REPUBLIC OF IRAN    Date of Posting: 02/08/2024

Addressee Name or Firm: MINISTRY OF FOREIGN AFFAIRS

Street and No.: KHOMEINI AVENUE, UNITED NATIONS ST

Place and Country: TEHRAN   IRAN