**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **R.A., individually, and as the legal representative** | ) | |
| **of the ESTATE of JOHN DOE 1,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:23cv2606 (AHA)** |
| | ) | |
| **ISLAMIC REPUBLIC OF IRAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR LEAVE TO AMEND**

COME NOW, Plaintiffs, by counsel, and hereby move the Court for an Order granting

leave to amend the Complaint, ECF No. 1, to add a cause of action based on the same claim for

relief initially alleged and clarify the name of a Plaintiff as listed in the caption. In support

thereof, Plaintiffs state as follows:

1.      Plaintiffs filed the Complaint in this case on September 7, 2023. ECF No. 1.

2.      The Complaint seeks damages resulting from acts of terrorism committed against

ten Iraqi citizens who served as U.S. contractors in Iraq following the fall of Sadaam Hussein.

The immediate family members of those victims sought to recover solatium damages for their

emotional distress resulting from the attacks. Those family members are Iraqi citizens.

3.      The Complaint alleges a single cause of action, pursuant to 28 U.S.C. § 1605A(c),

for each family.

4.      The Islamic Republic of Iran ("Iran") has been properly served and has failed to

respond. *See* ECF No. 22. Default was entered against Iran on December 30, 2024. ECF No. 23.

5.      Plaintiffs ask for leave to amend their Complaint to include one additional cause

of action, which is reflected by Count X in the attached Proposed First Amended Complaint. The

proposed Count X seeks recovery for intentional infliction of emotional distress under the applicable state law.[1]

6.      The alleged facts underlying Plaintiffs' claims are completely unchanged by the proposed First Amended Complaint. The total amount of recovery Plaintiffs seek is also unchanged. Therefore, Iran will not be prejudiced in any way if the Court gives Plaintiffs leave to add this additional cause of action.

7.      Plaintiffs also request leave to clarify a typographical error as to the executor of the Estate of John Doe 3 in the case caption. The proper executor is A.A., not M.I., as correctly indicated in paragraph 20 of the Complaint. ECF No. 1.

8.      When a foreign state has defaulted in a case brought against it pursuant to 28 U.S.C. § 1605A, "and then the plaintiff files an amended complaint, service of the new complaint is only necessary if the changes are 'substantial.'" *Shoham v. Islamic Republic of Iran*, 922 F. Supp. 2d 44, 47 (D.D.C. 2013) (citing *Belkin v. Islamic Republic of Iran,* 667 F.Supp.2d 8, 20 (D.D.C. 2009); *Blais v. Islamic Republic of Iran,* 459 F.Supp.2d 40, 46 (D.D.C. 2006); *Dammarell v. Islamic Republic of Iran,* 370 F.Supp.2d 218, 225 (D.D.C. 2005)).

9.      Solatium claims filed under 28 U.S.C. § 1605A(c) "are indistinguishable from claims of intentional infliction of emotional distress." *Brown v. Islamic Republic of Iran*, 687 F. Supp. 3d 21, 44 (D.D.C. 2023). As a result, "the rule in this district" is that amendments are "not substantial" when they merely clarify "that a claim is grounded in state as well as federal law." *Maalouf v. Islamic Republic of Iran*, Case No. 1:16cv280, 2016 WL 11771416, at *1 (D.D.C.

---

[1] Faced with similar situations, courts from this District have applied both D.C. law (reflecting the strong U.S. interest in these cases) and Iraqi law (*i.e.* the location where the damages were incurred and felt). As Plaintiffs will explain in their forthcoming Motion for Default Judgment, the family members will be able to recover under either substantive law.

Sept. 8, 2016). Accordingly, the proposed amendments here are not "substantial" and service of the proposed First Amended Complaint is not required.

10.    Plaintiffs respectfully request that the Court enter the attached Proposed Order granting leave to amend, directing the Clerk to enter the proposed First Amended Complaint on the docket in this matter, and permitting Plaintiffs to proceed without requiring service of the First Amended Complaint.

Respectfully submitted,

　　　/s/ Maryam M. Atty　　　　
Randy D. Singer (DCD Bar No. VA057)
Kevin A. Hoffman (DC Bar No. 1044559)
Maryam M. Atty (DCD Bar No. VA137)
SINGER HOFFMAN, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995
Fax: (757) 233-1084
Email: randy.singer@singerhoffman.com
Email: kevin.hoffman@singerhoffman.com
Email: maryam.atty@singerhoffman.com
*Counsel for Plaintiffs*